# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GTP TOWERS IV, LLC, | ) |
| Plaintiff, | ) |
| v. | ) NO. 09-cv-897-JPG-PMF |
| NTCH-IL, INC., et al., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED: August 31, 2011

                                          **NANCY ROSENSTENGEL, Clerk of Court**

                                          **By:s/Deborah Agans, Deputy Clerk**

APPROVED: *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **U. S. DISTRICT JUDGE**